MARCIA P. MANFRINI v. EUGENE A. MANFRINI.

May 18, 1976. Petition for certification denied. (See 136 *N. J. Super.* 390)

STATE OF NEW JERSEY v. JOSEPH FUNGONE.

May 18, 1976. Petition for certification denied. (See 134 *N. J. Super.* 531)

STATE OF NEW JERSEY v. DENNIS DeLELLIS.

May 4, 1976. Petition for certification is granted and the judgment of the Appellate Division is reversed. The matter is remanded for a new trial. (See 137 *N. J. Super.* 309)

STATE OF NEW JERSEY v. WALTER STEWART.

May 18, 1976. Petition for certification is denied without prejudice to the consideration of the single issue pending before this Court on defendant's appeal as of right.

STATE OF NEW JERSEY v. TOWNSHIP OF WASHINGTON.

May 4, 1976. Certification to Division of Tax Appeals is granted.